IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Storms, Philip J | Case Number: 07 B 05841 |
|---|---|---|
| | Storms, Pamela S | Judge: Goldgar, A. Benjamin |
| | Printed: 10/29/08 | Filed: 4/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 16, 2008
Confirmed: June 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 658.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 620.89 |
| Trustee Fee: | | 37.11 |
| Other Funds: | | 0.00 |
| Totals: | 658.00 | 658.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Richard E Sexner | Administrative | 1,899.00 | 620.89 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Capital One | Unsecured | 182.29 | 0.00 |
| 4. | Capital One | Unsecured | 99.96 | 0.00 |
| 5. | Capital One | Unsecured | 63.11 | 0.00 |
| 6. | Grand Pointe | Unsecured | 8.38 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 191.99 | 0.00 |
| 8. | Capital One Auto Finance | Unsecured | 760.90 | 0.00 |
| 9. | St Alexius Medical Center | Unsecured | 64.72 | 0.00 |
| 10. | Swiss Colony | Unsecured | 37.40 | 0.00 |
| 11. | Federated Retail Holdings Inc | Unsecured | 15.33 | 0.00 |
| 12. | Capital One | Unsecured | 140.95 | 0.00 |
| 13. | Portfolio Recovery Associates | Unsecured | 88.85 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 218.94 | 0.00 |
| 15. | AFNI | Unsecured | | No Claim Filed |
| 16. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 17. | FCNB Master Trust | Unsecured | | No Claim Filed |
| 18. | Merchants Credit Guide | Unsecured | | No Claim Filed |
| 19. | Nicor Gas | Unsecured | | No Claim Filed |
| 20. | Northwest Collectors | Unsecured | | No Claim Filed |
| 21. | Midnight Velvet | Unsecured | | No Claim Filed |
| 22. | Rai Enterprises | Unsecured | | No Claim Filed |
| 23. | The Bureau Inc | Unsecured | | No Claim Filed |
| 24. | Systems & Services Technologies | Unsecured | | No Claim Filed |
| 25. | Sams Club | Unsecured | | No Claim Filed |
| 26. | TRS Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Storms, Philip J
Storms, Pamela S
Printed: 10/29/08

Case Number: 07 B 05841
Judge: Goldgar, A. Benjamin
Filed: 4/2/07

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Target | Unsecured | | No Claim Filed |
| | | $ 3,771.82 | $ 620.89 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 27.93 |
| 6.5% | 9.18 |
| | $ 37.11 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

